# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN MOREIRA, | |
| Plaintiff, | Case No. 2:09-cv-02397-GMN-PAL |
| vs. | **ORDER** |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #11) filed April 12, 2010, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than October 18, 2010. There are no dispositive motions pending. However, on September 14, 2010 Judge Foley conducted an ENE. The Minutes of Proceedings (Dkt #16) indicate a settlement was reached, and a follow up telephonic status conference was scheduled for October 14, 2010. The docket does not indicate whether the conference was held and the parties have not submitted a stipulation for dismissal. Accordingly,

**IT IS ORDERED** that Counsel for the parties shall have until **4:00 p.m., November 8, 2010** to either file a stipulation for dismissal or a joint status report indicating when their settlement will be finalized.

Dated this 25th day of October, 2010.

Peggy A. Leen
United States Magistrate Judge